UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| Plaintiff(s): | Trish Ash ; Michael Ash | Defendant(s): | Pima County ; John Doe 1-10 |
|---|---|---|---|
| County of Residence: Pima | | County of Residence: Pima | |
| County Where Claim For Relief Arose: Pima | | | |

Plaintiff's Atty(s):

**Nathaniel Scott Redmon** (Trish Ash ; Michael Ash )
**The Redmon Law Firm**
**177 North Church Avenue, Suite 1015**
**Tucson, Arizona  85701**
**(520) 526-2970**

Defendant's Atty(s):

**Maria Morlacci** ( Pima County )
**Pima County Attorney**
**32 North Stone Ave., Suite 2100**
**Tucson, Arizona  85701**
**(520) 724-5700**

**REMOVAL FROM PIMA COUNTY, CASE #C20213870**

II. Basis of Jurisdiction:        3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**

                Plaintiff:- **N/A**
                Defendant:- **N/A**

IV. Origin :                     **2. Removed From State Court**

V. Nature of Suit:               **550 Civil Rights**

VI. Cause of Action:             **42 U.S.C. § 1983**

VII. Requested in Complaint

Class Action: **No**
Dollar Demand: **Compensatory and punitive damages**
Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:** Maria Morlacci

**Date:** 09/30/2021

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014