# Exhibit A

**To:**

**NOTICE OF REMOVAL**

**INDEX OF RECORD**

**CASE NUMBER C20213870**

**DOCUMENTS:**

| # | Filing Date | Description |
|---|---|---|
| 1. | 08/16/2021 | Complaint for Damages for Wrongful Death & Violation of Civil Rights |
| 2. | 08/16/2021 | Money Receipt |
| 3. | 08/16/2021 | Summons – Pima County |
| 4. | 08/16/2021 | Summons – John Doe |
| 5. | 08/16/2021 | Rule 102a Fastar Certificate |
| 6. | 08/16/2021 | Civil Cover Sheet |
| 7. | 09/17/2021 | Certificate of Service by Process Server |

FILED
Gary Harrison
CLERK, SUPERIOR COURT
8/16/2021 11:04:04 AM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20213870
HON. JEFFREY L SKLAR

THE REDMON LAW FIRM
177 North Church Avenue, Suite 1015
Telephone: (520) 526-2970
Fax: (520) 849-7533
Email: scott@scottredmonlaw.com

Nathaniel Scott Redmon, Esq.
PAN #66319, Arizona State Bar #027405
Attorney for Plaintiffs

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF PIMA**

| | |
|---|---|
| TRIS ASH, as Personal Representative of the Estate of TODD ASH, Decedent; and MICHAEL ASH, Individually and as Successor in Interest of the Estate of TODD ASH, Decedent.<br><br>Plaintiffs,<br><br>vs.<br><br>PIMA COUNTY, a governmental entity; and JOHN DOE 1-10<br><br>Defendants. | Case No. _____<br><br>**COMPLAINT FOR DAMAGES FOR WRONGFUL DEATH & VIOLATION OF CIVIL RIGHTS**<br>**(1) NEGLIGENCE**<br>**(2) 42 U.S.C. § 1983**<br><br>**DEMAND FOR JURY TRIAL** |

COME NOW the Plaintiffs, by and through undersigned counsel, and for their cause of action against the Defendants, allege as follows:

**PARTIES**

1. Plaintiff, TRIS ASH, is the Personal Representative of the Estate of Todd Ash (See Pima County Superior Court probate docket PB20210131) and is a resident of Pima County, Arizona.

2. Plaintiff, MICHAEL ASH, is the son and heir of the decedent, TODD ASH.

3. Defendant, PIMA COUNTY, is a governmental entity established and recognized under the laws of the State of Arizona.

4. Defendants, JOHN DOE 1-10, are individuals or entities that are otherwise responsible for the actions and damages complained of herein, but whose identities are unknown to the Plaintiffs at this time. The Plaintiffs reserve leave to amend this Complaint to add additional defendants as their identities are ascertained through the course of discovery.

5. The Pima County Sheriff's Department ("PCSD") is a non jural entity established by Defendant, PIMA COUNTY, as a law enforcement agency that serves the citizens of Pima County.

6. The Pima County Adult Detention Center ("PCADC") is a non jural entity municipal jail facility that is operated by the PCSD.

**JURISDICTION & VENUE**

7. All actions described herein occurred in Pima County, Arizona.

8. This Court has jurisdiction of the subject matter of this action and the parties.

9. Venue in this Court is proper pursuant to A.R.S. § 12-401.

10. The Plaintiff has satisfied the conditions precedent required under A.R.S. §12-821.01 prior to initiating this lawsuit.

**GENERAL ALLEGATIONS**

11. On February 5, 2020, the Decedent, TODD ASH, was remanded into custody as a prisoner in the PCADC.

2

12. At the time of his incarceration, the Decedent, TODD ASH, was a fifty-year-old man with underlying medical conditions.

13. At the time of his incarceration, the Decedent, TODD ASH, was non-ambulatory and required a wheelchair for movement.

14. From February 5, 2020, through February 10, 2020, the Decedent, TODD ASH, remained in custody in the PCADC.

15. Upon information and belief, the Decedent, TODD ASH, was assaulted by a fellow inmate during his incarceration in the PCADC.

16. Following the assault, from February 7, 2020, through February 10, 2020, the Decedent, TODD ASH'S health deteriorated.

17. Following the assault, from February 7, 2020, through February 10, 2020, the Decedent, TODD ASH, stopped drinking water and eating food.

18. Following the assault, from February 7, 2020, through February 10, 2020, the Decedent, TODD ASH, experienced respiratory distress and difficulty breathing.

19. Following the assault, from February 7, 2020, through February 10, 2020, fellow inmates in the PCADC repeatedly yelled for help from the jail guards and staff of the PCADC to assist the Decedent, TODD ASH, due to has lack of ability to eat and drink and because of his deteriorating medical condition.

20. Upon information and belief, from February 7, 2020, through February 10, 2020 the jail guards and staff of the PCADC knew of the Decedent, TODD ASH'S condition and failed to take any action whatsoever to provide him with medical evaluation and care.

21. On the morning of February 10, 2020, the Decedent, TODD ASH, was found convulsing on the floor of his jail cell. Jail guards and staff attended to the Decedent, TODD ASH, and transported him to a local hospital.

22. The Decedent, TODD ASH, died the following day due to his medical condition.

## COUNT ONE – NEGLIGENCE & WRONGFUL DEATH
## (PIMA COUNTY & JOHN DOE 1-10)

23. Plaintiffs hereby incorporate the foregoing paragraphs 1-23 as if fully set forth herein.

24. Defendant, PIMA COUNTY, owed a duty to the Decedent, TODD ASH, to provide for reasonable care and treatment while he was in the custody of the PCADC.

25. Defendant, PIMA COUNTY, breached the duty to the Decedent, TODD ASH, by failing to provide medical aid and treatment following his assault and the rapid deterioration of his personal health.

26. As a direct and proximate result of the Defendant, PIMA COUNTY'S breach, the Decedent, TODD ASH suffered damages to include his resulting death.

27. Pursuant to ARS 12-612, the Plaintiffs, on behalf of the Estate of Todd Ash, bring this action and seek damages for pain and suffering, loss of affection, mental anguish, and for all other damages permitted under the law not specifically identified herein.

## COUNT THREE (RESPONDEAT SUPERIOR)
## (PIMA COUNTY AND JOHN DOE 1-10)

28. Plaintiffs hereby incorporate the foregoing paragraphs 1-29 as if fully set forth herein.

29. The Defendants, JOHN DOE 1-10, were jail guards and staff at the PCADC were acting within the scope of their employment with the Defendant, PIMA COUNTY, at all times described herein.

30. The Defendant, PIMA COUNTY, is vicariously liable for the actions of Defendants, JOHN DOE 1-10.

## COUNT THREE – DEPRIVATION OF CIVIL RIGHTS, 42 U.S.C §1983 (PIMA COUNTY & JOHN DOE 1-10)

31. Plaintiffs hereby incorporate the foregoing paragraphs 1-31 as if fully set forth herein.

32. Employees of the PCADC, including Defendants, JOHN DOE 1-10, were acting under color of State law in all actions described herein.

33. Employees of the PCADC, including Defendants, JOHN DOE 1-10, denied the Decedent, TODD ASH'S constitutional rights by failing to provide him with proper medical care and treatment during his term of incarceration.

34. Defendant, PIMA COUNTY, deprived the Decedent, TODD ASH's constitutional rights by failing to adequately train, supervise, and effect appropriate policies and guidelines to provide for inmates in the PCADC.

35. Defendant, PIMA COUNTY, deprived the Decedent, TODD ASH's constitutional rights in other ways not specifically set forth herein.

WHEREFORE, based upon the foregoing the Plaintiffs respectfully request that Judgment be entered in their favor and against the Defendants, PIMA COUNTY and JOHN DOE 1-10; that an award of compensatory and punitive damages be made in an amount deemed appropriate by the Court or a jury, that they be awarded their attorney's fees and costs incurred herein and that they be awarded such other and further relief as the Court may deem appropriate.

RESPECTFULLY SUBMITTED, this 7th day of July 2021

/S/ N. SCOTT REDMON
N. Scott Redmon, Esq.
Attorney for Plaintiffs

6

## OATH AND VERIFICATION OF TRIS ASH

STATE OF ARIZONA   )
                   ) ss.
COUNTY OF PIMA     )

I, Tris Ash, acting as personal representative for the Estate of Todd Ash, Plaintiff, being duly sworn and under oath, state that I have read this Complaint. All the statements in the Complaint are true, correct, and complete to the best of my knowledge and belief.

OFFICIAL SEAL
SONYA CORRALES
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. # 551298
My Comm. Exp. July 11, 2022

_____
Tris Ash

Subscribed and sworn to before me this 29th day of April 2021 by Tris Ash.

_____
Notary Public

My Commission Expires:

07/11/2022

7

## OATH AND VERIFICATION OF MICHAEL ASH

STATE OF __Kansas__    )
                       ) ss.
COUNTY OF __Sedgwick__ )

I, Michael Ash, Plaintiff, being duly sworn and under oath, state that I have read this Complaint. All the statements in the Complaint are true, correct, and complete to the best of my knowledge and belief.

_____
Michael Ash

Subscribed and sworn to before me this __20th__ day of __May__ 2021 by Michael Ash.

_____
Notary Public

My Commission Expires:

__11-05-24__

LUIS GONZALEZ
Notary Public - State of Kansas
My Appt. Expires 11-05-24

8




*Pima County Clerk of Superior Court*
*Tucson, Arizona*

|  |  |
|---|---|
| Receipt Number: | 3395682 |

| Received for: | Nathaniel Redmon | Date: | 8/16/2021 |
|---|---|---|---|
| Received from: | Nathaniel Redmon | Case Number: | C20213870 |
| Amount Received: | $258.00 | Clerk Number: | 1.738 |

Caption:    TRIS ASH ET AL. VS. PIMA COUNTY ET AL.

Cash: $0.00    Check: $0.00    Charge: $0.00    ACH: $258.00

*Begin Financial Docket*

Civil Complaint                                         $258.00    PAID

*End Financial Docket*

Change Returned:  $0.00

Amount Refunded:  $0.00

Page 1 of 1

Person/Attorney Filing: Nathaniel S Redmon
Mailing Address: 177 North Church Avenue, Suite 1015
City, State, Zip Code: Tucosn, AZ 85701
Phone Number: (520)526-2970
E-Mail Address: scott@scottredmonlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 027405, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

Tris Ash, et al.
Plaintiff(s),
v.
Pima County, et al.
Defendant(s).

Case No. C20213870

**SUMMONS**

HON. JEFFREY L SKLAR

To: Pima County

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 8/16/2021

Gary Harrison
Clerk of the Superior Court

By:    ALAN WALKER /s/
                Deputy Clerk

Person/Attorney Filing: Nathaniel S Redmon
Mailing Address: 177 North Church Avenue, Suite 1015
City, State, Zip Code: Tucosn, AZ 85701
Phone Number: (520)526-2970
E-Mail Address: scott@scottredmonlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 027405, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

Tris Ash, et al.
Plaintiff(s),
v.
Pima County, et al.
Defendant(s).

Case No.  C20213870

**SUMMONS**

HON. JEFFREY L SKLAR

To: John Doe

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 8/16/2021

Gary Harrison
Clerk of the Superior Court

By:   ALAN WALKER /s/
                Deputy Clerk

FILED
Gary Harrison
CLERK, SUPERIOR COURT
8/16/2021 11:04:04 AM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20213870
HON. JEFFREY L SKLAR

PERSON/ATTORNEY FILING: Nathaniel S Redmon
MAILING ADDRESS: 177 North Church Avenue, Suite 1015
CITY, STATE, ZIP CODE: Tucosn, AZ 85701
PHONE NUMBER: (520)526-2970
E-MAIL ADDRESS: scott@scottredmonlaw.com
[ ☐ ] REPRESENTING SELF, WITHOUT AN ATTORNEY
(IF ATTORNEY) STATE BAR NUMBER: 027405, Issuing State: AZ

## ARIZONA SUPERIOR COURT, PIMA COUNTY

Tris Ash, et al.
Plaintiff(s),

V.

Pima County, et al.
Defendant(s).

CASE NO: _____

**RULE 102a FASTAR CERTIFICATE**

The undersigned certifies that he or she knows the eligibility criteria set by FASTAR Rule 101b and certifies that this case:

## (NOTE – YOU MUST CHECK ONE OF THE BOXES BELOW OR THE CLERK WILL NOT ACCEPT THIS FORM.)

☐ **DOES** meet the eligibility criteria established by Rule 101b; or

☒ **DOES NOT** meet the eligibility criteria established by Rule 101b.

Dated: _____

Nathaniel S Redmon /s/ _____
SIGNATURE

FILED
Gary Harrison
CLERK, SUPERIOR COURT
8/16/2021 11:04:04 AM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20213870
HON. JEFFREY L SKLAR

# In the Superior Court of the State of Arizona
# In and For the County of Pima

```
Plaintiff's Attorney:
Nathaniel S Redmon
Bar Number: 027405, issuing State: AZ
Law Firm: Redmon Law Group, PLC
177 North Church Avenue, Suite 1015
Tucosn, AZ 85701
Telephone Number: (520)526-2970
Email address: scott@scottredmonlaw.com

Plaintiffs:
Tris Ash
10193 E. Queengate Way
Tucson, AZ 85748
Telephone Number: (520)465-6208
Email address: emailtris@yahoo.com

Michael Ash
9440 E. Kinkaid
Wichita, KS 67207

Defendants:
Pima County
130 West Congress
Tucson, AZ 85701

John Doe
130 W. Congress
Tucson, AZ 85701

Discovery Tier t3

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Negligence
```

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF PIMA**
**110 W. CONGRESS, TUCSON, AZ 85701**

FILED
GARY L. HARRISON
CLERK, SUPERIOR COURT

21 SEP 17 PM 3: 46

**TRIS ASH**
**℅ NATHANIEL SCOTT REDMON, ASB # 027405**
PLAINTIFF(S)

Case No.   C2021-3870
BY: J. ORR, DEPUTY

VS.

HON:  JEFFREY L. SKLAR

**PIMA COUNTY**
DEFENDANT(S)

## CERTIFICATE OF SERVICE BY PROCESS SERVER

STATE OF ARIZONA   }
COUNTY OF PIMA    } ss.:

THE AFFIANT, being duly sworn, states:

1. I am a Private Process Server registered in Pima County, and an Officer of the Court.

2. On or about September 14, 2021, I received the following documents from **THE REDMON LAW FIRM**, Attorneys for the Plaintiff(s) herein, to serve to wit, **PIMA COUNTY**, Defendant(s) herein:

   **2.1. SUMMONS (PIMA COUNTY)**
   **2.2. COMPLAINT FOR DAMAGES FOR WRONGFUL DEATH & VIOLATION OF CIVIL RIGHTS (1) NEGLIGENCE (2) 42 U.S.C. § 1983**
   **2.3. RULE 102(a) FASTAR CERTIFICATE**

3. On September 14, 2021, at approximately 11:57 a.m., I personally served a complete and legible copy of each document listed above upon:

   **PIMA COUNTY**, at a commercial premise located at **130 W. CONGRESS, TUCSON, AZ 85701**, by serving to wit:

   **SERVED DANIELLE GREEN (HISPANIC FEMALE/25-30 YRS/5'8"/160 LBS/DARK HAIR-*ALL APPROXIMATE*) ADMINISTRATIVE SUPPORT SPECIALIST SR. AND PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF OF PIMA COUNTY.**

                                 _Shalann McNamara_  9/17/2021
                                 SHALANN MCNAMARA [PM 522], AFFIANT / DATE

Fees: $75

TOTAL SUPPORT, LLC
177 N. CHURCH AVE., STE. 200
TUCSON, AZ 85701
520-704-2118